# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

THRESSIA M. TAYLOR                                             PLAINTIFF

V.                      4:09CV00860 JMM/JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                     DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray. There have been no objections. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted, in their entirety, as the Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's Complaint (docket entry #2) is DISMISSED, WITH PREJUDICE. Judgment shall be entered accordingly.

DATED this 22nd day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE