# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

THRESSIA M. TAYLOR                                                            PLAINTIFF

V.                         4:09CV00860 JMM/JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                          DEFENDANT

## JUDGMENT

Pursuant to the Order filed this date, IT IS CONSIDERED, ORDERED, AND ADJUDGED that this case be DISMISSED, WITH PREJUDICE. The relief sought is DENIED.

Dated this 22nd day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE